# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUSTAVO GOMEZ, | ) | Case No. CV 15-1062-DMG (JEM) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JULIE JONES, et al., | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment shall be entered denying the Petition for Writ of Habeas Corpus and dismissing this action, without prejudice for lack of jurisdiction with respect to Ground One, and with prejudice with respect to Ground Two.

DATED: August 17, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE