# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GUSTAVO GOMEZ,

                Petitioner,

      v.

JULIE JONES, et al.,

                Respondent.

Case No. CV 15-1062-DMG (JEM)

JUDGMENT

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus is denied and this action is dismissed, without prejudice for lack of jurisdiction with respect to Ground One, and with prejudice with respect to Ground Two.

DATED:   August 17, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE